1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETRONA TOMAS MANUEL, *et al.*,

                Petitioners,

    v.

LAURA HERMOSILLO, *et al.*,

                Respondents.

Case No. C25-2353-TL-MLP

ORDER GRANTING *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE AND ISSUE EXPEDITED BRIEFING SCHEDULE

This is a 28 U.S.C. § 2241 habeas action. Petitioners seek an expedited briefing schedule under 28 U.S.C. § 2243, requesting a return within seven days and a response four days thereafter. (Dkt. # 2.) Respondents have requested a twenty-day period for their return. (Dkt. # 11.) Courts have discretion in setting the briefing schedule for a § 2241 habeas petition and consider the individual circumstances of each case when determining appropriate deadlines. *See Clutchette v. Rushen*, 770 F.2d 1469, 1474-75 (9th Cir. 1985). Having considered Petitioners' Motion (dkt. # 2), the Court finds grounds to expedite this matter. *See*, *e.g.*, *Kumar v. Wamsley*, 2025 WL 2677089, at *3 (W.D. Wash. Sept. 17, 2025); *Ramirez Tesara v. Wamsley*, 2025 WL 2637663, at *3 (W.D. Wash. Sept. 12, 2025); *E.A. T.-B. v. Wamsley*, 2025 WL 2402130, at *5 (W.D. Wash. Aug. 19, 2025).

1    Accordingly, the Court hereby finds and ORDERS:

2    (1)    Petitioners' Motion for Order to Show Cause and Issue Expedited Briefing

3    Schedule (dkt. # 2) is GRANTED.

4    (2)    The Clerk is directed to immediately effectuate service of the habeas petition (dkt.

5    # 1) upon Respondents and email a copy of this Order to usawaw.Habeas@usdoj.gov.

6    (3)    Respondents shall respond to the habeas petition by **December 2, 2025**. Any

7    reply must be filed by **December 6, 2025**.

8    (4)    The Clerk shall note this matter for consideration on **December 6, 2025**.

9    (5)    Respondents must provide Petitioners and Petitioners' counsel in this habeas

10    petition at least 48 hours' notice (or 72 hours' notice if the period will include a weekend or

11    holiday) prior to any action to move or transfer them from the Northwest Immigration and

12    Customs Enforcement Processing Center.

13    (6)    The parties have a right to consent to have the case heard by the undersigned

14    Magistrate Judge. Consent is voluntary. Counsel for the parties are directed to indicate whether

15    they consent or decline consent by no later than **December 2, 2025**, by emailing Deputy Tim

16    Farrell at tim_farrell@wawd.uscourts.gov. If the parties consent, the undersigned Magistrate

17    Judge will preside over the entire case through judgment. If the parties decline, the case will

18    remain assigned to the Honorable Tana Lin and referred to the undersigned Magistrate Judge.

19    (7)    The Clerk is directed to send copies of this order to the parties and to the

20    Honorable Tana Lin.

21    Dated this 25th day of November, 2025.

22

23

MICHELLE L. PETERSON
United States Magistrate Judge