UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETRONA TOMAS MANUEL, *et al.*,

        Petitioners,

v.

LAURA HERMOSILLO, *et al.*,

        Respondents.

Case No. C25-2353-TL-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Petitioners' habeas petition (dkt. # 1) is GRANTED.

    (3)    Respondents shall immediately RELEASE Petitioners from custody, and further, Petitioners may not be re-detained without a bond determination hearing before a neutral decisionmaker.

ORDER - 1

(4)     Within **twenty four (24) hours** of this Order, Respondents must provide the Court with a declaration confirming that Petitioners have been released from custody and informing the Court of the date and time of their release.

(5)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 19th day of December, 2025.

Tana Lin
United States District Judge

ORDER - 2