# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PETRONA TOMAS MANUEL, *et al.*,<br><br>      Petitioners,<br><br>  v.<br><br>LAURA HERMOSILLO, *et al.*,<br><br>      Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-2353-TL-MLP |

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved. Petitioners' habeas petition (dkt. # 1) is GRANTED. Accordingly, Respondents shall immediately release Petitioners from custody, and further, Petitioners may not be re-detained without a bond determination hearing before a neutral decisionmaker.

Dated this 19th day of December, 2025.

                Ravi Subramanian
                Clerk of Court

                s/ Kadya Peter
                Deputy Clerk