# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| PETRONA TOMAS MANUEL et al.,<br><br>Petitioners,<br><br>v.<br><br>LAURA HERMOSILLO et al.,<br><br>Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>(AMENDED)<br><br>CASE NUMBER. 2:25-cv-02353-TL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

(1)     The Report and Recommendation (Dkt. No. 18) is ADOPTED and APPROVED. Petitioners' habeas petition (Dkt. No. 1) is GRANTED. Accordingly, Respondents SHALL immediately release Petitioners from custody, and further, Petitioners MAY NOT be re-detained without a bond determination hearing before a neutral decisionmaker.

(2)     Petitioners are AWARDED $14,821.42 in attorney fees.

(3)    Petitioners are AWARDED $5 in filing-fee costs.

Dated June 5, 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk